◼ In the Matter of ELSWORTH L.W., Appellant, v PAMELA D. et al., Respondents. [887 NYS2d 908]—Appeal from an order of the

Family Court, Niagara County (John F. Batt, J.), entered April 8, 2008 in a paternity proceeding. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by petitioner, respondents, the attorney for petitioner and the Law Guardian on August 12, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.